**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00939-CV

**JACK LAGOS, Appellant**

**V.**

**PLANO ECONOMIC DEVELOPMENT BOARD, INC., PHIL DYER AND SALLY BANE, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00663-2013**

## ORDER

The Court **GRANTS** appellant's October 19, 2014 second motion to extend time to file brief and **ORDER** the brief be filed no later than November 19, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE